*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James Paul Horn
    Debtor(s)

Case No: 19–16074–pmm

Chapter: 13

## NOTICE OF HEARING

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Freedom Mortgage Corporation

    on: 6/10/21

    at: 11:00 AM

    in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M–20–3003

For The Court

Date:  5/17/21

Timothy B. McGrath
Clerk of Court

54 – 53
Form 167