United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
James Paul Horn  
    Debtor

Case No. 19-16074-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4      User: admin      Page 1 of 2  
Date Rcvd: May 17, 2021      Form ID: 167      Total Noticed: 24

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 19, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | James Paul Horn, 2868 Willshire Court, Orefield, PA 18069-2750 |
| 14396108 | + | Barclays Bank Delaware, PO Box 8803, Wilmington, DE 19899-8803 |
| 14396109 | + | Bureau of Account Management, 3607 Rosemont Avenue, Suite 502, Camp Hill, PA 17011-6943 |
| 14396110 | + | Carol Ann Horn, 2868 Willshire Court, Orefield, PA 18069-2750 |
| 14431413 | + | FREEDOM MORTGAGE CORPORATION, Attn: Bankruptcy Department, 10500 KINCAID DRIVE, FISHERS IN 46037-9764 |
| 14558400 | + | FREEDOM MORTGAGE CORPORATION, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14396111 | + | First Commonwealth Federal Credit Union, PO Box 20450, Lehigh Valley, PA 18002-0450 |
| 14578634 | + | Freedom Mortgage, 10500 Kincaid Drive, Fishers, Indiana 46037-9764 |
| 14432197 | | Freedom Mortgage Corporation, C/o Thomas Song, Esq., 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14432568 | | Freedom Mortgage Corporation, c/o Thomas Song, Esq.,, Phelan Hallinan Diamond & Jones, LLP, 1617 JFK Boulevard, Suite 1400, One Penn Center Plaza Philadelphia, PA 19103 |
| 14578633 | + | Freedom Mortgage Corporation, c/o Andrew Spivack, Brock and Scott, PLLC, 302 Fellowship Road, Suite 130, Mount Laurel, NJ 08054-1218 |
| 14558551 | + | Freedom Mortgage Corporation, c/o Rebecca Solarz,Esquire, KML Law Group, P.C., 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |
| 14396112 | | Freedom Mortgage Corporation, 6800 Southpoint Parkway, Fishers, IN 46037 |
| 14396113 | + | Michael R. Nesfeder, Esquire, Fitzpatrick, Lentz & Bubba, PC, 4001 Schoolhouse Lane, PO Box 219, Center Valley, PA 18034-0219 |
| 14426712 | + | PPL Electric Utilities, 827 Hausman Rd, Allentown, PA 18104-9392 |
| 14396115 | | Phelan Hallinan Diamond & Jones LLP, 1617 JFK Blvd, Suite 1400, One Penn Center Plaza, Philadelphia, PA 19103 |
| 14396116 | #+ | TDRCS/Cub Cadet, 1000 MacArthur Road, Mahwah, NJ 07430-2035 |
| 14402755 | + | Tuttle Legal, 2303 N Broad St Ste 2, Colmar, PA 18915-9786 |
| 14396117 | | Wells Fargo, PO Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14416059 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 18 2021 02:23:32 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14396114 | + | Email/Text: notices@burt-law.com | May 18 2021 02:17:00 | Neil Sarker, Esquire, 1060 Andrew St, Suite 170, West Chester, PA 19380-5601 |
| 14402754 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 18 2021 02:16:00 | PA Dept of Revenue, Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14434483 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 18 2021 02:21:37 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14489810 | + | Email/Text: JWAGNER@TBFGROUP.COM | May 18 2021 02:16:00 | TBF Financial, LLC, 740 Waukegan Rd., Suite 404, Deerfield, IL 60015-5505 |

TOTAL: 5

# BYPASSED RECIPIENTS

| District/off: 0313-4 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: May 17, 2021 | Form ID: 167 | Total Noticed: 24 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14403210 | * | PA Dept of Revenue Bankruptcy Division, PO Box 280946, Harrisburg, PA 17128-0946 |
| 14403209 | *+ | Tuttle Legal, 2303 N Broad St Ste 2, Colmar, PA 18915-9786 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 19, 2021                    Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 17, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Freedom Mortgage Corporation andrew.spivack@brockandscott.com wbecf@brockandscott.com |
| CHARLES LAPUTKA | on behalf of Debtor James Paul Horn claputka@laputkalaw.com jen@laputkalaw.com;milda@laputkalaw.com;bkeil@laputkalaw.com |
| JEROME B. BLANK | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| MARIO J. HANYON | on behalf of Creditor Freedom Mortgage Corporation wbecf@brockandscott.com wbecf@brockandscott.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Freedom Mortgage Corporation bkgroup@kmllawgroup.com |
| SCOTT F. WATERMAN (Chapter 13) | on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |
| THOMAS YOUNG.HAE SONG | on behalf of Creditor Freedom Mortgage Corporation paeb@fedphe.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 9

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: James Paul Horn
    Debtor(s)

Case No: 19−16074−pmm
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Patricia M. Mayer , United States Bankruptcy Judge to consider:

Objection to Certification of Default filed by Creditor Freedom Mortgage Corporation

on: 6/10/21

at: 11:00 AM

in: HRG will be held via Telephone Hearing, For connection dial in information see, Standing Order M−20−3003

For The Court

Date: 5/17/21

Timothy B. McGrath
Clerk of Court