| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
### Chapter 13 Case No. 19-16074-PMM

James Paul Horn
2868 Willshire Court
Orefield  PA    18069

Petition Filed Date: 09/27/2019
341 Hearing Date: 12/03/2019
Confirmation Date: 06/25/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/21/2020 | $1,015.00 | | 02/27/2020 | $3,045.00 | | 04/20/2020 | $1,015.00 | |
| 04/23/2020 | $1,015.00 | | 06/24/2020 | $1,981.00 | | 11/20/2020 | $6,685.00 | |
| 12/15/2020 | $1,015.00 | | 06/07/2021 | $7,007.00 | 3193886 | | | |

**Total Receipts for the Period: $22,778.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $24,808.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| CLAIMS AND DISTRIBUTIONS ||||||
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | CHARLES LAPUTKA ESQ | Attorney Fees | $1,560.00 | $1,560.00 | $0.00 |
| 1 | PA DEPARTMENT OF REVENUE<br>»» 01P | Priority Crediors | $2,088.90 | $2,088.90 | $0.00 |
| 2 | PA DEPARTMENT OF REVENUE<br>»» 01U | Unsecured Creditors | $497.63 | $0.00 | $497.63 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $5,285.71 | $0.00 | $5,285.71 |
| 4 | PPL ELECTRIC UTILITIES<br>»» 003 | Unsecured Creditors | $1,307.43 | $0.00 | $1,307.43 |
| 5 | FREEDOM MORTGAGE CORPORATION<br>»» 04A | Mortgage Arrears | $57,605.93 | $10,943.38 | $46,662.55 |
| 6 | FREEDOM MORTGAGE CORPORATION<br>»» 04B | Secured Creditors | $9,153.05 | $1,738.81 | $7,414.24 |
| 7 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 005 | Unsecured Creditors | $2,684.35 | $0.00 | $2,684.35 |
| 8 | FIRST COMMONWEALTH FCU<br>»» 006 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | TBF FINANCIAL LLC<br>»» 007 | Unsecured Creditors | $23,531.67 | $0.00 | $23,531.67 |

**Chapter 13 Case No. 19-16074-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
|---|---|---|---|
| Total Receipts: | $24,808.00 | Current Monthly Payment: | $1,337.00 |
| Paid to Claims: | $16,331.09 | Arrearages: | $0.00 |
| Paid to Trustee: | $2,170.61 | Total Plan Base: | $78,288.00 |
| Funds on Hand: | $6,306.30 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.