## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: James Paul Horn <br>                       Debtor(s) <br><br> FREEDOM MORTGAGE CORPORATION <br>                       v. <br> James Paul Horn <br>                       and <br> Scott F. Waterman <br>                       Trustee | Chapter 13 <br><br><br><br> NO. 19-16074 PMM |

### ORDER

AND NOW, this  8th  day of  July , 2021 upon the filing of a Certification of Default by the Moving Party in accordance with the Stipulation of the parties approved on February 20, 2020  it is ORDERED AND DECREED that:

The Automatic Stay of all proceedings, as provided under 11 U.S.C. Sections 362 and 1301 of the Bankruptcy Reform Act of 1978 (The Code) 11 U.S.C. 11 U.S.C. Sections 362 and 1301 (if applicable), is modified to allow FREEDOM MORTGAGE CORPORATION and its successor in title to proceed with the execution process through, among other remedies but not limited to Sheriff's Sale regarding the premises 2868 Willshire Court  Orefield, PA 18069.

The stay provided by Bankruptcy Rule 4001(a)(3) has been waived.

*Patricia M. Mayer*

United States Bankruptcy Judge.

cc: See attached service list

James Paul Horn
2868 Willshire Court
Orefield, PA 18069

Scott F. Waterman
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606

Charles Laputka Esq.
1344 W. Hamilton Street
Allentown, PA 18102

KML Law Group, P.C.
Suite 5000 – BNY Independence Center
701 Market Street
Philadelphia, PA 19106-1532