Fill in this information to identify the case:

Debtor 1     James Paul Horn

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number    19-16074 PMM

Official Form 410S1

# Notice of Mortgage Payment Change    12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** FREEDOM MORTGAGE CORPORATION

**Court claim no.** (if known):  4

**Last 4 digits** of any number you use to identify the debtor's account: 0648

**Date of payment change:**
Must be at least 21 days after date of this notice    12/01/2020

**New total payment:**    $3,290.79
Principal, interest, and escrow, if any

## Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ■ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $1,357.67       New escrow payment:  $ 1,324.18

## Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ■ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%        New interest rate: _____%

   Current principal and interest payment: $_____    New principal and interest payment: $_____

## Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ■ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____    New mortgage payment: $_____

Official Form 410S1    **Notice of Mortgage Payment Change**    page 1
246

Debtor(s)  James Paul Horn                               Case number (*if known*) 19-16074 PMM
           First Name   Middle Name   Last Name

### Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

■ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Rebecca A. Solarz                    Date  11/04/2020
Signature

Print:    Rebecca A. Solarz                           Title  Attorney for Creditor
          First Name   Middle Name   Last Name

Company:  KML Law Group, P.C.

Address:  701         Market Street, Suite 5000
          Number      Street
          Philadelphia,                PA    19106
          City                         State  ZIP Code

Contact phone  (215) 627–1322           Email  rsolarz@kmllawgroup.com